# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MARCUS GANN,<br><br>       Plaintiff,<br><br>    v.<br><br>KOKOR, et al,<br><br>       Defendants. | Case No. 1:18-cv-00084-BAM (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S NOTICE OF OBJECTION TO REMOVAL OF ACTION<br><br>(ECF Nos. 5, 6)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Nathaniel Marcus Gann ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action in Kings County Superior Court on August 16, 2017. On January 16, 2018, Defendants Cryer, Enenmoh, Kokor, and Lewis (collectively "Defendants") removed the action and requested that the Court screen the complaint under 28 U.S.C. § 1915A(a) and that Defendants be allowed thirty days from the screening of the complaint to file a responsive pleading. (ECF No. 2.) Plaintiff filed an objection to the removal on January 25, 2018, which the Court construes as a motion to remand. (ECF Nos. 5, 6.)

Accordingly, it is HEREBY ORDERED that Defendants shall file a response to Plaintiff's motion to remand within **twenty-one (21) days** from the date of service of this order. Plaintiff's reply, if any, shall be filed within **seven (7) days** from the date of service of a response.

IT IS SO ORDERED.

Dated: __**January 26, 2018**__          ____/s/ *Barbara A. McAuliffe*____
                                         UNITED STATES MAGISTRATE JUDGE

1