# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MARCUS GANN,<br><br>            Plaintiff,<br><br>    v.<br><br>VERA-BROWN,<br><br>            Defendant. | Case No. 1:18-cv-00084-AWI-BAM (PC)<br><br>ORDER GRANTING MOTION TO FILE SECOND AMENDED COMPLAINT AND TO CHANGE CASE CAPTION<br>(ECF No. 39)<br><br>ORDER DIRECTING CLERK OF COURT TO FILE LODGED SECOND AMENDED COMPLAINT AND RECAPTION CASE |

Plaintiff Nathaniel Marcus Gann ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint against Defendants Doe 1, Doe 2, and Doe 3 for deliberate indifference to serious medical needs in violation of the Eighth Amendment.

On August 9, 2021, the Court directed Plaintiff to submit a second amended complaint identifying Defendants Doe 1, Doe 2, and Doe 3.  (ECF No. 38.)  In response, Plaintiff filed a motion to file a second amended complaint and motion to change case caption, (ECF No. 39), and lodged a second amended complaint, (ECF No. 40).

In his motion, Plaintiff explains that he has identified Defendants Does 1–3 as RN V. Vera-Brown.  (ECF No. 39.)  Accordingly, Plaintiff has submitted a second amended complaint which removes references to the other named individuals as defendants, and substitutes Defendant Vera-Brown for all references of Defendants Does 1–3.  (ECF No. 40.)  Plaintiff

further requests that the caption of this case be changed to reflect that Defendant Vera-Brown is the only remaining defendant. Plaintiff's requests are granted, and the Court will direct service of the second amended complaint on Defendant Vera-Brown by separate order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to file second amended complaint and to change case caption, (ECF No. 39), is GRANTED;
2. The Clerk of the Court is directed to file the second amended complaint, lodged on August 16, 2021, (ECF No. 40);
3. Defendant V. Vera-Brown is substituted for Defendants Does 1–3;
4. This action shall proceed on Plaintiff's second amended complaint against only Defendant V. Vera-Brown for deliberate indifference to serious medical needs in violation of the Eighth Amendment; and
5. This action no longer proceeds against multiple defendants, and the caption for this case shall be as reflected above.

IT IS SO ORDERED.

Dated: **August 17, 2021**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

2