# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MARCUS GANN,<br><br>Plaintiff,<br><br>v.<br><br>V. VERA-BROWN,<br><br>Defendant. | OLD CASE NO. 1:18-cv-00084-AWI-BAM (PC)<br><br>NEW CASE NO. 1:18-cv-00084-BAM (PC)<br><br>**ORDER ASSIGNING ACTION TO MAGISTRATE JUDGE FOR ALL PURPOSES PURSUANT TO THE CONSENT OF ALL PARTIES** |

Plaintiff Nathaniel Marcus Gann is a state prisoner proceeding pro se in this civil rights action under 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(c)(1), the Court is informed that all parties have consented to conduct all further proceedings in this action, including trial and entry of judgment, before a United States magistrate judge. Doc. Nos. 8 & 51. Accordingly, the Court hereby ASSIGNS this action to United States Magistrate Judge Barbara A. McAuliffe for all further proceedings. Further papers shall bear the new case number **1:18-cv-00084-BAM (PC)**. The United States District Judge will take no further action in this case.

IT IS SO ORDERED.

Dated:   November 8, 2021                                  _____
                                                                                SENIOR  DISTRICT  JUDGE