# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MARCUS GANN,<br><br>   Plaintiff,<br><br>   v.<br><br>VERA-BROWN,<br><br>   Defendant. | Case No. 1:18-cv-0084-BAM (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Nathaniel Marcus Gann ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint against Defendant Vera-Brown ("Defendant") for deliberate indifference to serious medical needs in violation of the Eighth Amendment. All parties have consented to Magistrate Judge jurisdiction. (ECF No. 52.)

On September 29, 2022, the Court issued an order granting Defendant's motion to vacate scheduling order, pending resolution of Defendant's motion for summary judgment on the ground that Plaintiff failed to exhaust his administrative remedies prior to filing suit. (ECF No. 69.) On October 17, 2022, the Court's order was returned "Undeliverable, Out to Court." That order was mailed to Plaintiff's current address of record, which has not been changed since September 24, 2021. (ECF No. 47.)

///

1

Pursuant to Local Rules 182 and 183, a *pro se* party is under a continuing duty to notify the Clerk, the Court and all other parties of any change of address or telephone number. Local Rules 182(f), 183(b). Additionally, Local Rule 110 provides that "[f]ailure . . . of a party to comply with these [Local] Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Further, the failure of Plaintiff to prosecute this action is grounds for dismissal. *In re Phenylpropanolamine (PPA) Products Liability Litigation*, 460 F.3d 1217 (9th Cir. 2006).

Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause in writing, within **twenty-one (21) days** from the date of service of this order, why this action should not be dismissed, without prejudice, for failure to prosecute. Plaintiff can comply with this order to show cause by filing a notice informing the Court of his current address. **The failure to respond to this order will result in dismissal of this action, without prejudice, for failure to prosecute.**

IT IS SO ORDERED.

Dated: **December 23, 2022**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE