# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MARCUS GANN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VERA-BROWN,<br><br>　　　　Defendant. | Case No. 1:18-cv-00084-BAM (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(ECF No. 70) |

Plaintiff Nathaniel Marcus Gann ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint against Defendant Vera-Brown for deliberate indifference to serious medical needs in violation of the Eighth Amendment. All parties have consented to Magistrate Judge jurisdiction. (ECF No. 52.)

On October 17, 2022, the Court's order granting Defendant's motion to vacate scheduling order was returned as "Undeliverable, Out to Court" after being mailed to Plaintiff's address of record. After receiving no other communications from Plaintiff, on December 23, 2022, the Court issued an order directing Plaintiff to file a notice of his current address or show cause in writing why this action should not be dismissed for failure to prosecute. (ECF No. 70.)

On January 9, 2023, Plaintiff filed a response to the order to show cause. (ECF No. 71.) Plaintiff states that he has not changed addresses, and it is not the first time the institution has

failed to deliver Plaintiff's legal mail.  Plaintiff has not been out to court since arrival at this institution, and has only had telephonic or video court appearances in that time.  Plaintiff addressed the issue with the Litigation Coordinator and the officer who delivers mail at the facility, but was offered no ideas as to why the mail was not delivered.  (*Id.*)

Based on Plaintiff's response, the December 23, 2022 order to show cause, (ECF No. 70), is HEREBY DISCHARGED.  The action will continue, and the parties' pending motions will be resolved in due course.

IT IS SO ORDERED.

Dated:   **January 13, 2023**              /s/ *Barbara A. McAuliffe*              
                                                              UNITED STATES MAGISTRATE JUDGE